**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1286**

ELIJAH SHEPPARD,

              Plaintiff - Appellant,

        v.

PETE GEREN, Secretary of the Army; JAMES B. PEAKE, Secretary
of Veterans Affairs,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:07-cv-01279-CMH-TRJ)

Submitted:  June 19, 2008          Decided:  June 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elijah Sheppard, Appellant Pro Se. Kevin J. Mikolashek, Assistant
United States Attorney, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Sheppard appeals the district court's order dismissing his action seeking review of a Department of Veteran's Affairs decision on his application for benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sheppard v. Geren</u>, No. 1:07-cv-01279-CMH-TRJ (E.D. Va. filed Feb. 19 & entered Feb. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>